### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KOSTASTINA KAREN FOTIOU, | : | CIVIL ACTION NO. 3:18-CV-2389 |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| v. | : | |
| | : | |
| KALAHARI RESORTS, | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 25th day of June, 2020, upon consideration of the report (Doc. 50) of Magistrate Judge Joseph F. Saporito, Jr., recommending that the court grant defendant's motion (Doc. 40) pursuant to Federal Rule of Civil Procedure 56 and enter summary judgment in favor of defendant with respect to all claims, and it appearing that plaintiff has not objected to the report, see FED. R. CIV. P. 72(b)(2), and the court noting that the failure of a party to timely object to a magistrate judge's conclusions "may result in forfeiture of *de novo* review at the district court level," Nara v. Frank, 488 F.3d 187, 194 (3d Cir. 2007) (citing Henderson v. Carlson, 812 F.2d 874, 878-79 (3d Cir. 1987)), but that, as a matter of good practice, a district court should afford "reasoned consideration" to the uncontested portions of the report, E.E.O.C. v. City of Long Branch, 866 F.3d 93, 100 (3d Cir. 2017) (quoting Henderson, 812 F.2d at 879), in order to "satisfy itself that there is no clear error on the face of the record," FED. R. CIV. P. 72(b), advisory committee notes, and, following an independent review of the record, the court being in agreement with

Judge Saporito's analysis and recommendation, and concluding that there is no

clear error on the face of the record, it is hereby ORDERED that:

1.    The report (Doc. 50) of Magistrate Judge Saporito is ADOPTED.

2.    Defendant's motion (Doc. 40) for summary judgment is GRANTED.

3.    The Clerk of Court shall enter judgment in favor of defendant and
      against plaintiff as to all claims.

4.    The Clerk of Court shall thereafter close this case.


                                        /S/ CHRISTOPHER C. CONNER
                                        Christopher C. Conner
                                        United States District Judge
                                        Middle District of Pennsylvania